IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>LARRY J. MASON,<br><br>  Defendant. | 4:12CR3041<br><br>**MEMORANDUM AND ORDER** |

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 55), is granted.

2) The evidentiary hearing on defendant's motion to suppress, (filing no. 49), will be held before the undersigned magistrate judge on August 14, 2012 at 2:00 p.m. in Courtroom #2, United States Courthouse, Lincoln, Nebraska. Two hours have been set aside for this hearing.

July 17, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge